**People of the State of Illinois, Plaintiff-Appellee, v. Norman Jefferson, Defendant-Appellant.**

Gen. No. 52,248.

First District, Second Division.

April 8, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Howard Levine, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. **Not to be published in full.**